FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER P.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | NO: 1:22-CV-3048-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 12.  Plaintiff Christopher P.[1] is represented by attorney D. James Tree.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Edmund Darcher.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.  Pursuant to the parties'

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

stipulation, the Commissioner's final decision is **reversed and remanded** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand the Commissioner will instruct the Administrative Law Judge ("ALJ") to offer Plaintiff a new hearing, take any action needed to complete the administrative record, and issue a new decision.  *See* ECF No. 12 at 1−2.  The ALJ will give further consideration to Plaintiff's osteoarthritis of the right knee. *See id.*  The ALJ will reconsider Plaintiff's subjective allegations.  *See id.*  The ALJ will reconsider Plaintiff's residual functional capacity, as necessary.  *See id*.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 11**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** October 21, 2022.

                                       *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                 Senior United States District Judge