AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 21, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CHRISTOPHER P., | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.   1:22-cv-03048-RMP |
| | ) |
| KILOLO KIJAKAZI, | ) |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| _Defendant_ | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❑ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other: Parties' Stipulated Motion for Remand, ECF No. 12, is GRANTED.
Judgment is entered in favor of Plaintiff.
The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).

This action was _(check one)_:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    ROSANNA MALOUF PETERSON    on parties' stipulated motion for remand.

Date:  10/21/2022

_CLERK OF COURT_

SEAN F. McAVOY

s/ Lilly Savchuk
_(By) Deputy Clerk_

Lilly Savchuk